Per Curiam.
 

 [¶ 1] Robert Carroll appeals from an amended divorce judgment entered on remand and an order reducing his child support
 obligation. He argues, among other things, that the district court erred in the amount of its child support award; failed to follow the child support guidelines; and did not follow this Court's mandate on remand. He also contends the court erred in using pay stubs to calculate his child support obligation. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jerod E. Tufte
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen